# In the United States Court of Federal Claims
No. 19-139C
(Filed: January 22, 2020)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ROBERT J. CHAMPLIN,**

                **Plaintiff,**

        **v.**

**THE UNITED STATES,**

                **Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER OF DISMISSAL

On July 8, 2019, Defendant filed a motion to dismiss Plaintiff's complaint pursuant to Rule 12(b)(1) for lack of subject matter jurisdiction and Rule 12(b)(6) for failure to state a claim upon which relief can be granted. Since that date, the Court granted three extensions of time for Plaintiff to respond to Defendant's motion. Plaintiff failed to file a response by the Court's most recent deadline of November 18, 2019, and Plaintiff did not request an extension of time.

On December 20, 2019, the Court ordered Plaintiff to show cause why this matter should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims. Plaintiff has not responded to the Court's order.

Because Plaintiff has failed to prosecute this case, the Court dismisses the complaint pursuant to Rule 41(b).

                                                s/Mary Ellen Coster Williams
                                                **MARY ELLEN COSTER WILLIAMS**
                                                **Senior Judge**